Jeffrey S. Kravitz  (SBN 186209)
KRAVITZ LAW OFFICE
6747 Fair Oaks Blvd
Carmichael, Ca 95608
PH:   916-553-4072
FAX: 916-553-4074
Jeff@kravitzlawoffice.com

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEN TRAVIS<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF ROSEVILLE POLICE DEPARTMENT,  POLICE OFFICER WILLIAM KANADA<br><br>and DOES 1 through 25 inclusive;<br><br>           Defendants. | Case No.:  2:14-cv-00087-KJM-EFB<br><br>ORDER RE:<br><br>PLAINTIFF LEN TRAVIS' REQUEST TO SEAL PREVIOUSLY FILED DOCUMENTS; ORDER<br><br>Date: August 21, 2015<br><br>Time: 10:00 a.m.<br><br>Dept:  3 |

Good cause having been found, and a properly redacted copy having been filed, the court orders that the previously filed Declaration of Len Travis and the second copy also filed by counsel (ECF Nos. 13-1 & 14-1) shall be SEALED.

IT IS SO ORDERED

Dated:  August 13, 2015.

_____
UNITED STATES DISTRICT JUDGE

- 1